IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERICA OLSEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-04-1265-C |
| ) | |
| ALLSUPS CONVENIENCE STORE, INC. ) | |
| ) | |
| Defendant ) | |

ADMINISTRATIVE CLOSING ORDER

On the representation from plaintiff's counsel Mark E. Hammons, the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 45 days of this date for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed. All pending motions are stricken as moot.

IT IS SO ORDERED this 7th day of November, 2005.

ROBIN J. CAUTHRON
United States District Judge