# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ERICA OLSEN, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. CIV-04-1265 |
| ) | |
| ) | |
| **ALLSUPS CONVENIENCE** ) | |
| **STORE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Erica Olsen, and Defendant, Allsup's Convenience Store, Inc., file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). In support, the parties would show as follows:

1. The parties have reached a settlement agreement in this matter that resolves all claims between them.

2. The Parties stipulate that the Court dismiss with prejudice all of the claims and causes of action alleged or that could have been alleged by Plaintiff against Defendant in the lawsuit.

3. This dismissal is with prejudice.

Respectfully submitted,

s/Tamara Gowens; s/Mitchell D. Blackburn
(*signed by filing attorney with permission of Plaintiff attorney*)
Mark Gowens
OBA # 3784
Tamara L. Gowens
OBA # 16564
Hammons, Gowens & Associates
325 Dean A. McGee
Oklahoma City, OK 73102
(405) 235-6100    (telephone)
(405) 235-6111    (facsimile)

ATTORNEYS FOR PLAINTIFF


s/Michael W. Fox; s/ Mitchell D. Blackburn
*(signed by filing attorney with permission of Defendant attorney)*
Michael W. Fox
Texas State Bar #07335500
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Ave., Ste. 1250
Austin, Texas 78701
(512) 344-4700    (telephone)
(512) 344-4701    (facsimile)

Mitchell D. Blackburn
Conner & Winters, P.C.
1700 One Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102
(405) 272-5711    (telephone)
(405) 232-2695    (facsimile)

ATTORNEYS FOR DEFENDANT